AFFIRM; Opinion Filed November 28, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-00427-CR
_____

### JOSHUA O'NEAL WHITE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F07-16003-I**

## MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion by Justice Myers

Joshua O'Neal White appeals from the adjudication of guilty for the offense of robbery. *See* TEX. PENAL CODE ANN. § 29.02(a) (West 2011). The trial court assessed punishment at ten years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


_____
LANA MYERS
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
120427F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSHUA O'NEAL WHITE, Appellant

No. 05-12-00427-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F07-16003-I).
Opinion delivered by Justice Myers,
Justices Richter and Lang-Miers
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012.

_____
LANA MYERS
JUSTICE